UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE MANZO,<br><br>Defendant. | Case No. 2:21-cr-00196-RFB-BNW<br><br>**ORDER REGARDING MARRIAGE AUTHORIZATION** |

Before the Court is Defendant George Anthony Manzo's unopposed Motion for an Order Authorizing George Manzo to Marry (ECF No. 121), in which Mr. Manzo informs the Court that he and Codefendant Evelyn Rosas-Diaz wish to marry, and that Nevada Southern Detention Center staff have informed him they require a court order authorizing their marriage. The Court does not authorize a marriage at this time. The Court has concerns that marriage may be being sought by Mr. Manzo to ensure spousal privilege for potential communications about future criminal activity. Indeed, for similar reasons, the Court provided Ms. Rosas-Diaz with a special condition of supervision requiring that she "must not communicate, or otherwise interact, with George Anthony Manzo[.]"

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Court does not authorize the facility at which they are incarcerated to authorize a marriage.

**DATED:** June 21, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**